ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300
Fax: (510) 540-4821

Attorney for Plaintiff
Ruby Ray



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

C 13    0991

| | |
|---|---|
| RUBY RAY, an individual, | ) CASE NO. |
| | ) |
| Plaintiff, | ) **COMPLAINT FOR DIRECT** |
| | ) **COPYRIGHT INFRINGEMENT,** |
| | ) **VICARIOUS COPYRIGHT** |
| | ) **INFRINGEMENT AND** |
| v. | ) **CONTRIBUTORY COPYRIGHT** |
| | ) **INFRINGEMENT** |
| SPREADSHIRT, INC., a Pennsylvania | ) |
| Corporation individually and doing business as | ) |
| WWW.SPREADSHIRT.COM, | ) **(17 U.S.C. §101  et seq.)** |
| | ) |
| Defendant. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| | ) |

LB

Plaintiff Ruby Ray ("Plaintiff") by her Attorney, for her Complaint against Defendants

listed above, allege as follows:

## I.  NATURE OF THE ACTION

1.     This action for copyright infringement and declaratory relief is brought by Plaintiff

pursuant to the Copyright Act (17 U.S.C. Sections 101, et seq.).

## II.  PARTIES TO THE ACTION

2.     Plaintiff Ruby Ray ("Ray") is an individual residing within the State of California.

COMPLAINT – PAGE 1

Plaintiff is a professional photographer and author and owner of copyright in and to certain

popular photographs of the late author William Burroughs, including the photograph entitled

"William Burroughs With Colt Commander" (the "Photograph") which Plaintiff alleges was used

without permission by the Defendant herein. Ms. Ray is, and at all relevant times was, a

domiciliary of the United States.

3.    Plaintiff is informed and believes and therefore alleges that Defendant Spreadshirt,

Inc. ("Spreadshirt") is a corporation organized and existing under the laws of the State of

Pennsylvania individually and doing business as WWW.SPREADSHIRT.COM, and doing

business within the State of California.

### III. JURISDICTION AND VENUE

4.    This Court has jurisdiction of the subject matter for this claim under the provisions

of 28 U.S.C. §1338(a), because this action arises under an Act of Congress relating to Copyrights,

the Copyright Act of 1976, Pub. L. 94-553, 90 Stat. 2541 *et seq.* 17 U.S.C. 101 *et seq.*

5.    This Court has jurisdiction of the subject matter of this claim under the provisions

of 28 U.S.C. §1331, because the action arises under the laws of the United States, specifically the

above-cited Copyright Act of 1976.

6.    Venue is properly laid in the District Court for the Northern District of California

pursuant to 28 U.S.C. § 1391(b), and § 1391(c), since, *inter alia*, the causes of action asserted

arose from or are connected with purposeful acts committed by the Defendant in this District, and

the corporate and individual Defendants named herein are each doing business in this District.

### IV. FACTUAL ALLEGATIONS

7.    Plaintiff is a renowned San Francisco-based professional photographer whose

images have appeared in numerous exhibits and publications, including Search and Destroy,

Re/Search, Sensitive Skin and the Review of Contemporary Fiction. A collection of Ms. Ray's

photographs entitled *From the Edge of the World, 1977-81* is scheduled for publication in Spring

2013.

COMPLAINT – PAGE 2

1     8.     In or about January 1982, Plaintiff took a series of photographs of Williams

2   Burroughs in San Francisco while the author posed in a garden holding various firearms.  The

3   Photograph was one of several images shot by Plaintiff on that day, and it was later reproduced

4   with permission in numerous publications, including on the cover of Re/Search Vol. 4 and 5.

5     9.     The Photograph constitutes copyrightable subject matter under the laws of the

6   United States, and is subject to registration with the United States Copyright Office pursuant to

7   Registration Application No. VA1729520 dated March 23, 2010.  A true and correct copy of

8   Plaintiffs' copyright registration for the Photograph is attached hereto at **Exhibit A** and

9   incorporated herein by this reference.

10     10.     Plaintiff alleges on information and belief that Defendant Spreadshirt is an online

11   platform that allows third parties to upload designs and offer those designs for sale on assorted

12   articles of clothing.  Plaintiff further alleges on information and belief that Defendant Spreadshirt

13   is directly engaged in the offering for sale, manufacture and distribution of clothing that

14   reproduces the third party designs uploaded by its users.

15     11.     In or about November 2012 Plaintiff learned that the Photograph was being

16   reproduced on t-shirts that were manufactured, distributed and offered for sale by Defendant

17   Spreadshirt at the URL http://chemicalfreud.spreadshirt.com/william-s-burroughs-junkie-queer-

18   and-naked-lunch-t-shirt-A6600214/customize/color/154.  A true and correct printout documenting

19   Defendant's infringing use of the Photograph is attached hereto at **Exhibit B** and incorporated

20   herein by this reference.

21     12.     At no time did Plaintiff authorize any of the above acts.

22     13.     On or about December 5, 2012 Plaintiff's legal counsel sent Defendant demanding

23   that it immediately cease and desist from using the Photograph in connection with the sale of

24   merchandise on its website, and demanding compensation for the unauthorized use of Plaintiff's

25   Photograph.

14.     Although Defendant Spreadshirt subsequently removed the listing in question, it has refused to provide an accounting of income earned from its use of the Photograph and failed to compensate Plaintiff for the unauthorized uses of her Photograph.

## FIRST CAUSE OF ACTION

### Direct Copyright Infringement

15.     Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 14 inclusive, and by this reference incorporate the same as though fully set forth herein.

16.     Defendants' failure to secure Plaintiffs' permission regarding use of the Photograph violated Plaintiff's exclusive rights in the Photograph. Accordingly, Plaintiff alone retained the exclusive right under the Copyright Act to authorize the exhibition, reproduction, distribution and derivative use of said Photograph.

17.     Plaintiff alleges that Defendant authorized and engaged in each of the above acts willfully, and with full knowledge it had no right to do so.

18.     Plaintiff has complied with all statutory requirements under the copyright laws of the United States.  As a direct and proximate result of Defendant's acts and omissions, Plaintiff has suffered actual damages in an amount of not less than $30,000 and Defendant has profited thereby from the unauthorized use of Plaintiff's copyright in the Photograph in violation of her Copyright.

19.     Plaintiff further alleges on information and belief that the Defendant's infringement of the Photograph was willful, with knowledge, reckless and/or in blatant disregard of Plaintiff's rights as copyright owner of the Photograph, and that Defendant is liable for willful, exemplary and enhanced statutory damages of up to and including one-hundred and fifty-thousand dollars ($150,000).

## SECOND CAUSE OF ACTION

### Vicarious and/or Contributory Copyright Infringement

20.     Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1

COMPLAINT – PAGE 4

through 20 inclusive, and by this reference incorporate the same as though fully set forth herein.

21.   Plaintiff is informed and believes and thereby alleges that Defendant is vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

22.   By reason of Defendant's acts of contributory and vicarious infringement, Plaintiff has suffered and will continue to suffer substantial damages in an amount to be established at trial.

23.   Due to Defendant's acts of copyright infringement as alleged herein, Defendant has obtained direct and indirect profits that it would not have otherwise obtained but for their infringement of Plaintiff's rights in the Photograph.  As such, Plaintiff is entitled to recover statutory damages as alleged above, or alternately, entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of the Photograph, in an amount to be determined at trial.

**WHEREFORE**, Plaintiff prays judgment against Defendant as follows:

1.   That this Court grant a permanent injunction forever enjoining Defendant, Defendant's servants, and agents, and anyone acting on behalf of Defendant, from directly or indirectly using Plaintiff's Photograph or any other work based upon the Photograph in any manner which infringes upon Plaintiffs' copyright.

2.   Direct Defendant to file with the Court and serve on Plaintiff a report setting forth the manner and form in which compliance with said permanent injunction against infringement has been made.

3.   At the election of Plaintiff, said election to be made at any time before entry of final judgment, as authorized by 17 U.S.C. §504, that Defendant be required to pay damages to Plaintiff of either:

(a)  Such actual damage as Plaintiffs have sustained as a consequence of Defendants' infringement of Plaintiffs' copyrights, together with any profits of Defendants that

COMPLAINT – PAGE 5

1  are attributable to said infringement and are not taken into account in computing said actual

2  damages pursuant to 17 U.S.C. §504(b); or

3         (b) Statutory damages in the sum of thirty-thousand dollars ($30,000) for each act

4  of infringement by Defendant of Plaintiff's copyrights as authorized by 17 U.S.C. §504(c)(1),

5  or alternately, statutory damages in the sum of one-hundred fifty-thousand dollars ($150,000) for

6  each act of infringement found to be willful as authorized by 17 U.S.C. §504(c)(2).

7      4.     That Defendant be ordered to render an accounting to Plaintiff of the gross receipts

8  obtained from their exploitation of the Photograph on t-shirts and other derivatives based thereon,

9  through the date that Defendant ceased their infringing use.

10      5.     That Plaintiffs be awarded pre-judgment and post-judgment interest at the legal

11  rate on each sum not timely paid to them.

12      6.     That Defendants be ordered to reimburse Plaintiffs their attorneys' fees and

13  reasonable costs incurred in connection with the aforementioned action; and

14      7.     For such other and further relief as the Court deems just and appropriate in the

15  premises.

16                         **JURY DEMAND**

17      Plaintiff respectfully demands a jury trial of all issues in this case.

18  Dated: February 28, 2013                 LAW OFFICE OF ALAN KORN

19

20                       By:   _____

21                             ALAN KORN

                           Attorney for Plaintiff

                           Ruby Ray

22

23

24

25

COMPLAINT – PAGE 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-729-520

**Effective date of
registration:**

March 23, 2010

---

## Title

**Title of Work:** William S. Burroughs in a San Francisco garden

William Seward Burroughs

William S. Burroughs with Colt Commander

Bou Jeloud is on you, butting you, beating you, taking you

## Completion/Publication

**Year of Completion:** 1982

**Date of 1st Publication:** January 15, 1982    **Nation of 1st Publication:** United States

## Author

■  **Author:** Ruby Ray, dba Ruby Ray

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1952

## Copyright claimant

**Copyright Claimant:** Ruby Ray

1153 Powell Street, San Francisco, CA, 94108

## Rights and Permissions

**Name:** Ruby Ray

**Email:** urbyond@sbcglobal.net    **Telephone:** 415-296-0828

## Certification

**Name:** Ruby Ray

**Date:** March 12, 2010

---

A-1    Page 1 of 1

**Registration #:**   VA0001729520

**Service Request #:**   1-353659491



Ruby Ray
1153 Powell Street
San Francisco, CA 94108  United States

A-2

Case3:13-cv-00991-LB Document1 Filed08/05/13 Page9 of 10

Freud-Header1

Hello, you're not logged in. Login now!

Shopping Cart  (0 Articles : $ 0.00)

Help?

**Shop**  **Designs**  **Purchase**  **Help ?**

All categories  All products

# Product Details



    

Front  Back  Right  Left

Tell a friend about this product

## William S. Burroughs Junkie, Queer and Naked Lunch T-Shirt

Men's T-Shirt by American Apparel
Slim-fitting jersey t-shirt for men, 100% cotton, Brand:
American Apparel
**Shrinkage levels after washing fall within 3-4% of industry standards.**

Details

| | |
|---|---|
| **Color** |  |
| **Size** | ...  Size chart |
| **Quantity** | 1 |
| **Processing:** | ships within 1-2 business days |
| **Article** | 6600214 |

**Price:**  **$ 24.29**



plus shipping and handling

**Product Details**  **Sizes**  **Description**  **Print Technique**

ß-1

Case3:13-cv-00991-LB   Document1   Filed03/05/13   Page10 of 10



Terms of Service   Contact   Privacy   Intellectual Property   RSS Feed   Help ?

1 Coupons and
Deals
Found(what's
this?)
Coupons: 0
Free Shipping: 0
Deals & Specials:
1
See All
1 Coupon and
Deal Found
Deals & Specials
Open your own
free online
T-shirt shop
today!

**COUPON BUDDY**

what's this?

1



Welcome to
Coupon Buddy!
All the best deals
and coupons are
now just a click
away!
Find out more or
review our
privacy policy
Show Me The
Deals!

12/5/12 2:34 PM